1

2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

3

Apr 14, 2021

4

SEAN F. McAVOY, CLERK

5

6                     UNITED STATES DISTRICT COURT

7                     EASTERN DISTRICT OF WASHINGTON

8

9    UNITED STATES OF AMERICA,              No. 1:19-CR-02037-SAB-1

10          Plaintiff,

11          v.

12   DAVID REY FREIBERG,                     **ORDER GRANTING MOTION**

13          Defendant.                       **TO MODIFY CONDITIONS OF**

14                                           **RELEASE**

15

16          Before the Court is Defendant's Motion to Modify Conditions of Release,

17   ECF No. 74. The Court held a hearing on the motion on April 14, 2021. Richard

18   Smith and Elijah Marchbanks appeared on behalf of Defendant. Benjamin Seal

19   appeared on behalf of the Government. Defendant appeared in the courtroom out

20   of custody.

21          Defendant requests that the Court modify his conditions of pretrial release.

22   Specifically, Defendant asked to be released from Special Condition No. 10, which

23   requires that he participate in a program of GPS location monitoring and wear at

24   all times an electronic device under the supervision of United States

25   Probation/Pretrial Services Office. ECF No. 59 at 8. The Government stated that it

26   has no objection to Defendant's request. This Order memorializes the Court's oral

27   ruling.

28   //

**ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE**
# 1

1      Accordingly, **IT IS HEREBY ORDERED**:

2      1.      Defendant's Motion to Modify Conditions of Release, ECF No. 74, is

3   **GRANTED**.

4      2.      Special Condition No. 10 is **STRICKEN** from Defendant's

5   conditions of pretrial release.

6      **IT IS SO ORDERED**. The District Court Executive is hereby directed to

7   file this Order and provide copies to counsel **AND TO** U.S. Probation.

8      **DATED** this 14th day of April 2021.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE**
**# 2**