FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID REY FREIBERG,<br><br>    Defendant. | No. 1:19-CR-02037-SAB-1<br><br>**ORDER GRANTING SECOND MOTION TO MODIFY CONDITIONS OF RELEASE** |

Before the Court is Defendant's Second Motion to Modify Conditions of Release, ECF No. 78, and an associated Motion to Expedite, ECF No. 79. The motion was considered without oral argument. Defendant is represented by Richard Smith and Elijah Marchbanks. The Government is represented by Benjamin Seal.

Defendant previously requested that the Court modify his pretrial conditions of release, specifically to release him from Special Condition No. 10, which required Defendant to participate in a program of GPS location monitoring. ECF No. 74. The Court granted the motion on April 14, 2021. ECF No. 77. Defendant now requests to be released from Special Condition No. 11,[1] which requires that:

---

[1] Defense counsel states that he inadvertently forgot to include a request for Defendant to be released from Special Condition 11 in his previous motion.

**ORDER GRANTING SECOND MOTION TO MODIFY CONDITIONS OF RELEASE # 1**

Defendant shall be restricted to his residence at all times except for: attorney visits; court appearances; case related matters; court ordered obligations; or other activities as pre-approved by Pretrial Services Officer or Supervising Officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment.

ECF No. 59.

Defendant states that neither Probation nor the Government oppose the request. The Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Expedite, ECF 79, is **GRANTED.**

2. Defendant's Second Motion to Modify Conditions of Release, ECF No. 78, is **GRANTED**.

3. Special Condition No. 11 is **STRICKEN** from Defendant's conditions of pretrial release.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel **AND TO** U.S. Probation.

**DATED** this 27th day of April 2021.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING SECOND MOTION TO MODIFY CONDITIONS OF RELEASE # 2**